Matter of Wilenzik (2026 NY Slip Op 01114)





Matter of Wilenzik


2026 NY Slip Op 01114


Decided on February 26, 2026


Appellate Division, Third Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided and Entered:February 26, 2026

PM-33-26
[*1]In the Matter of Jodi S. Wilenzik, an Attorney. (Attorney Registration No. 4614335.)

Calendar Date:February 23, 2026

Before:Aarons, J.P., Pritzker, Reynolds Fitzgerald, Fisher and Mackey, JJ.

Jodi S. Wilenzik, Philadelphia, Pennsylvania, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.



Per Curiam.
Jodi S. Wilenzik was admitted to practice by this Court in 2008 and lists a business address in North Wales, Pennsylvania with the Office of Court Administration. Wilenzik now seeks leave to resign from the New York bar for nondisciplinary reasons (see  Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Wilenzik's application.
Upon reading Wilenzik's affidavit sworn to January 7, 2026 and filed January 15, 2026, and upon reading the February 17, 2026 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Wilenzik is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Aarons, J.P., Pritzker, Reynolds Fitzgerald, Fisher and Mackey, JJ., concur.
ORDERED that Jodi S. Wilenzik's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Jodi S. Wilenzik's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally  Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Jodi S. Wilenzik is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Wilenzik is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Jodi S. Wilenzik shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.









